**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SunTech Drive, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2428663** |

| | |
|---|---|
| 4. **Debtor's address** | **Principal place of business** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| | **2011 Cherry Street, #104**<br>**Louisville, CO 80027** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Boulder** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.suntechdrive.com** |

| | |
|---|---|
| 6. **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

Debtor   **SunTech Drive, LLC**
_____     Case number (*if known*) _____
Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __3359__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

Debtor   **SunTech Drive, LLC**                                        Case number (*if known*) _____
⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **SunTech Drive, LLC** | Case number (*if known*) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  8, 2020**
MM / DD / YYYY

*X* **/s/ Harold K. Michael**                                   **Harold K. Michael**
Signature of authorized representative of debtor          Printed name

Title   **CEO**

---

**18. Signature of attorney**

*X* **/s/ Jeffrey S. Brinen**                               Date **June  8, 2020**
Signature of attorney for debtor                                  MM / DD / YYYY

**Jeffrey S. Brinen 20565**
Printed name

**Kutner Brinen, P.C.**
Firm name

**1660 Lincoln Street, Suite 1850**
**Denver, CO 80264**
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400**        Email address   **jsb@kutnerlaw.com**

**20565 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **SunTech Drive, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF COLORADO**

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 8, 2020**      *X* **/s/ Harold K. Michael**

                                           Signature of individual signing on behalf of debtor

                                           **Harold K. Michael**

                                           Printed name

                                           **CEO**

                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **SunTech Drive, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UPC Capital Ventures 2955 Valmont Rd., Suite 220 Boulder, CO 80301 | | Promissory Note | Contingent Unliquidated | | | $1,450,259.12 |
| Premier Manufacturing 7755 Miller Drive Longmont, CO 80504 | | Trade Debt | | | | $639,829.10 |
| Highland Mark Loch 6915 Goose Point Ct. Longmont, CO 80503 | | Promissory Note | Contingent Unliquidated | | | $252,225.10 |
| DCI Capital 9605 S. Kingston Ct., Ste 200 Englewood, CO 80112 | | Promissory Note | Contingent Unliquidated | | | $233,975.34 |
| C. Mike Lu 8293 Butler Greenwood Drive West Palm Beach, FL 33411 | | Promissory Note | Contingent Unliquidated | | | $220,941.34 |
| Charles Williams Pensco Trust 7205 S. Newport Way Centennial, CO 80112 | | Promissory Note | Contingent Unliquidated | | | $187,209.08 |
| DCI Capital 9605 S. Kingston Ct., Ste 200 Englewood, CO 80112 | | Promissory Note | Contingent Unliquidated | | | $162,698.63 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **SunTech Drive, LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Marc Willency**<br>**10327 Wood Haven**<br>**Ridge Rd**<br>**Parker, CO 80134** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$162,698.63** |
| **Philip Hawkins**<br>**524 Humphrey Drive**<br>**Evergreen, CO**<br>**80439** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$154,008.57** |
| **Pentair Flow**<br>**Technologies**<br>**293 S Wright Street**<br>**Delavan, WI 53115** | | **Trade Debt** | | | | **$145,800.00** |
| **Vectra Bank**<br>**1700 Pearl Street**<br>**Boulder, CO 80302** | | **Small Business**<br>**Loan** | **Contingent**<br>**Unliquidated** | | | **$137,800.00** |
| **C. Mike Lu**<br>**8293 Butler**<br>**Greenwood Drive**<br>**West Palm Beach,**<br>**FL 33411** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$135,993.15** |
| **Greg Greenwood**<br>**210 Jasmine St**<br>**Denver, CO 80220** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$118,109.16** |
| **Marc Peperzak**<br>**1919 14th St, Ste**<br>**300**<br>**Boulder, CO 80302** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$117,769.46** |
| **Laurence Chang**<br>**737 Detroit St**<br>**Denver, CO 80206** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$117,061.64** |
| **Greg Greenwood**<br>**210 Jasmine St**<br>**Denver, CO 80220** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$117,012.33** |
| **Laurence Chang**<br>**737 Detroit St**<br>**Denver, CO 80206** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$88,159.21** |
| **Chase**<br>**P.O. Box 15723**<br>**Wilmington, DE**<br>**19850-5723** | | **Business Credit**<br>**Card** | | | | **$85,705.99** |
| **Scott Herrin**<br>**1655 Walnut St #303**<br>**Boulder, CO 80302** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$82,691.17** |
| **Larry Lance**<br>**1981 Sugarbush**<br>**Drive**<br>**Evergreen, CO**<br>**80439** | | **Promissory Note** | **Contingent**<br>**Unliquidated** | | | **$77,909.59** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **SunTech Drive, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
    amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | **Summary of Assets** |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................   $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................   $     **199,483.22**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................   $     **199,483.22**

| Part 2: | **Summary of Liabilities** |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................   $     **850,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **383.91**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$     **5,825,462.74**

4. **Total liabilities** .....................................................................................................
    Lines 2 + 3a + 3b      $     **6,675,846.65**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **SunTech Drive, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | 2728 | $100.00 |
| 3.2. | **Vectra Bank** | **Checking** | 1696 | $34,825.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $34,925.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposit** | $10,000.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **SunTech Drive, LLC**                                                 Case number *(If known)* _____
         Name

8.1.   **Liberty Mutual Commercial Umbrella 12/29/19-12/28/20**                                        $2,158.00

8.2.   **Powersim, Inc. Pro Package 8/16/19-8/15/20**                                                  $1,230.78

9.   **Total of Part 2.**                                                                          | $13,388.78 |
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:          **7,245.00**          -          **0.00**   = ....          $7,245.00
                              face amount                    doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                          | $7,245.00 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** <br> **See Attached Exhibit B21** <br> **Finished and Refurbished Goods** | **6/2/2020** | **Unknown** | | **$63,563.94** |
| 22. **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**                                                                          | $63,563.94 |
      Add lines 19 through 22.  Copy the total to line 84.

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 2

Debtor   **SunTech Drive, LLC**                                    Case number *(If known)* _____
      <sub>Name</sub>

24. **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No. Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Office chairs ($400), Office desks ($1,800), Engineering work Benches ($600), Engineering work chairs ($200)** | **Unknown** | | **$3,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Magna Power Electronics Power Supply** | **Unknown** | | **$8,080.45** |
| **Altium Designer Software** | **Unknown** | | **$8,623.41** |
| **HDTV monitors ($500), Dell desktop computers ($9,000), Dell laptop computers ($600), HP Laptop computer ($300), Lenovo ThinkPad computer ($300), 14" HD Monitors ($1,000), Laserjet color printers ($800)** | **Unknown** | | **$12,500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                                    | **$32,203.86** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor   **SunTech Drive, LLC**                    Case number *(If known)* _____
         Name

■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**PicoCell 3500 Circuit Board Testing Equipment**<br>**$15,040**<br>**Modification to the PicoCell 3500  $1,425.91**<br>**PicoCell 2000 Circuit Board Testing Equipment**<br>**$14,690.73** | **Unknown** | | **$31,156.64** |
| **Lab Equipment** | **Unknown** | | **$13,620.00** |
| **Solar Panels** | **Unknown** | | **$3,380.00** |

51.   **Total of Part 8.**                                                    | **$48,156.64** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **SunTech Drive, LLC**                                          Case number *(If known)* _____
_____
Name

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents and Trademarks:** **Various Patents on Variable Speed Maximum Power Point Tracking; Solar Electric Motor Controller for Induction; Permanent Magent AC Motors; Solar Hybrid Solution for Single Phase Starting Capacitor Motor Application; Solar PV & AC Source Power Blending Controller; Smart Load Management System; Solar Hybrid Solution for Single Phase Starting Capacitor Motor Applications.** **Various Trademarks on Picoblender and Picocell.** | **Unknown** | **N/A** | **Unknown** |
| 61. **Internet domain names and websites** **www.suntechdrive.com** | **$0.00** | | **Unknown** |
| **www.solar-pumps.com** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List** | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    **All other assets**

Debtor   **SunTech Drive, LLC**
_____      Case number *(If known)* _____
   Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
□ Yes Fill in the information below.

Debtor    **SunTech Drive, LLC**                                          Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$34,925.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$13,388.78** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$7,245.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$63,563.94** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$32,203.86** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$48,156.64** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$199,483.22** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$199,483.22** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **SunTech Drive, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **Premier Energy Holdings, Inc.** | | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Aaron A. Garber, Esq.
25880 Littleton Main Street
Suite 200
Littleton, CO 80120**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets and Inventory**

Creditor's email address, if known

**Describe the lien**
**Business Loan, First Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Premier Manufacturing** | | $600,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7755 Miller Drive
Longmont, CO 80504**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All Assets and Inventory**

Creditor's email address, if known

**Describe the lien**
**Business Line of Credit, Second Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **SunTech Drive, LLC**                                     Case number (if known) _____
          Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative ☐ Unliquidated
priority.                               ☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $850,000.00 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**SunTech Drive, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$383.91** | **$0.00** |
| | **Boulder County Treasurer**<br>**1325 Pearl St #5**<br>**Boulder, CO 80302** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2/13/20** | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number **ptax**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Room 511**<br>**Denver, CO 80261** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Purposes Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | SunTech Drive, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Adalente Capital, LLC**
Laurence Chang
737 Detroit St
Denver, CO 80206

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**Bibby Financial Services (CA) Inc.**
4259, 515 Marin St #420
Thousand Oaks, CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/16/19**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **4934**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135,993.15** |
|---|---|---|---|

**C. Mike Lu**
8293 Butler Greenwood Drive
West Palm Beach, FL 33411

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220,941.34** |
|---|---|---|---|

**C. Mike Lu**
8293 Butler Greenwood Drive
West Palm Beach, FL 33411

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Promissory Note**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
|---|---|---|---|

**C. Mike Lu**
8293 Butler Greenwood Drive
West Palm Beach, FL 33411

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Promissory Note**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor     **SunTech Drive, LLC**
_____     Case number *(if known)* _____
           Name

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $4,320.54 |

**CED Greentech - Sacramento**
**732 Striker Ave Ste. A**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/16/20**
**Last 4 digits of account number  7550**

**Basis for the claim:  Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $59,196.08 |

**Charles Williams**
**Pensco Trust**
**7205 S. Newport Way**
**Centennial, CO 80112**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**
**Last 4 digits of account number  _**

**Basis for the claim:  Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $187,209.08 |

**Charles Williams**
**Pensco Trust**
**7205 S. Newport Way**
**Centennial, CO 80112**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**
**Last 4 digits of account number  _**

**Basis for the claim:  Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $85,705.99 |

**Chase**
**P.O. Box 15723**
**Wilmington, DE 19850-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019-2020**
**Last 4 digits of account number  _**

**Basis for the claim:  Business Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $27,911.75 |

**Chase**
**P.O. Box 15723**
**Wilmington, DE 19850-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019-2020**
**Last 4 digits of account number  _**

**Basis for the claim:  Business Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $58,819.81 |

**Chris Davin**
**Pensco Trust**
**cdavin@yahoo.com**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**
**Last 4 digits of account number  _**

**Basis for the claim:  Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $162,698.63 |

**DCI Capital**
**9605 S. Kingston Ct., Ste 200**
**Englewood, CO 80112**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**
**Last 4 digits of account number  _**

**Basis for the claim:  Promissory Note**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **SunTech Drive, LLC**
_____
Name

Case number (*if known*) _____

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$233,975.34** |
|---|---|---|---|

**DCI Capital**
**9605 S. Kingston Ct., Ste 200**
**Englewood, CO 80112**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,619.49** |
|---|---|---|---|

**Edmond Johnson**
**7755 Miller Drive**
**Longmont, CO 80504**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Edmond Johnson**
**7755 Miller Drive**
**Longmont, CO 80504**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,709.00** |
|---|---|---|---|

**Fairfield and Woods, P.C.**
**1801 California St #2600**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/22/20, 2/14/20**

Last 4 digits of account number  **6240,7289**

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,726.00** |
|---|---|---|---|

**Genpro Energy Solutions, LLC**
**13261 Timberline Plaza**
**Piedmont, SD 57769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/10, 1/20**

Last 4 digits of account
number  **7160,7269,7319,7888**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,038.00** |
|---|---|---|---|

**Gerhard Hautmann**
**Haselbrunn Street 6/1**
**Radolfzell Germany 78315**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
|---|---|---|---|

**Gerhard Hautmann**
**Haselbrunn Street 6/1**
**Radolfzell Germany 78315**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | SunTech Drive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118,109.16 |
|---|---|---|---|

**Greg Greenwood**
**210 Jasmine St**
**Denver, CO 80220**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,012.33 |
|---|---|---|---|

**Greg Greenwood**
**210 Jasmine St**
**Denver, CO 80220**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,912.89 |
|---|---|---|---|

**Harold K. Michael**
**1290 S. Milwaukee Street**
**Denver, CO 80210**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2/20 - 4/20**

Basis for the claim: **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,338.36 |
|---|---|---|---|

**Harold K. Michael**
**1290 S. Milwaukee Street**
**Denver, CO 80210**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**Harold K. Michael**
**1290 S. Milwaukee Street**
**Denver, CO 80210**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252,225.10 |
|---|---|---|---|

**Highland**
**Mark Loch**
**6915 Goose Point Ct.**
**Longmont, CO 80503**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,558.90 |
|---|---|---|---|

**Highline Innovation Investments, LLC**
**Scott Livingstone**
**1942 Broadway, Ste 404**
**Boulder, CO 80302**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | SunTech Drive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
|---|---|---|---|

**John LoPorto**
900 S. Wiley Ct.
Superior, CO 80027

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,407.12 |
|---|---|---|---|

**John LoPorto**
900 S. Wiley Ct.
Superior, CO 80027

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,909.59 |
|---|---|---|---|

**Larry Lance**
1981 Sugarbush Drive
Evergreen, CO 80439

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Larry Lance**
1981 Sugarbush Drive
Evergreen, CO 80439

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,339.91 |
|---|---|---|---|

**Lathrop GPM**
2440 Junction Place, Suite 300
Boulder, CO 80301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim: **Attorney Fees**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,159.21 |
|---|---|---|---|

**Laurence Chang**
737 Detroit St
Denver, CO 80206

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,061.64 |
|---|---|---|---|

**Laurence Chang**
737 Detroit St
Denver, CO 80206

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Promissory Note**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

Debtor  **SunTech Drive, LLC**                                          Case number (if known) _____
_____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117,769.46** |
|---|---|---|---|

**Marc Peperzak**
**1919 14th St, Ste 300**
**Boulder, CO 80302**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,897.26** |
|---|---|---|---|

**Marc Peperzak**
**1919 14th St, Ste 300**
**Boulder, CO 80302**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,000.00** |
|---|---|---|---|

**Marc Peperzak**
**1919 14th St, Ste 300**
**Boulder, CO 80302**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162,698.63** |
|---|---|---|---|

**Marc Willency**
**10327 Wood Haven Ridge Rd**
**Parker, CO 80134**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,652.68** |
|---|---|---|---|

**Marc Willency**
**10327 Wood Haven Ridge Rd**
**Parker, CO 80134**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**Marc Willency**
**10327 Wood Haven Ridge Rd**
**Parker, CO 80134**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,000.00** |
|---|---|---|---|

**Mark Loch**
**6915 Goose Point Ct.**
**Longmont, CO 80503**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Promissory Note**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **SunTech Drive, LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.41 | **Nonpriority creditor's name and mailing address**
**Matt Burks**
**Loma Futures, LLC**
**1192 Pintail Circle**
**Boulder, CO 80303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
�False Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ☒ No ☐ Yes

$29,594.83

---

3.42 | **Nonpriority creditor's name and mailing address**
**Matt Burks**
**Loma Futures, LLC**
**1192 Pintail Circle**
**Boulder, CO 80303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ☒ No ☐ Yes

$38,001.37

---

3.43 | **Nonpriority creditor's name and mailing address**
**Mike Hormell**
**MRH Advisors, LLC**
**mhormell@yahoo.com**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ☒ No ☐ Yes

$58,952.29

---

3.44 | **Nonpriority creditor's name and mailing address**
**Nikola Milivojevic**
**4145 Apache Rd.**
**Boulder, CO 80303**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ☒ No ☐ Yes

$39,355.00

---

3.45 | **Nonpriority creditor's name and mailing address**
**Omer Gurkaynak**
**Kurukuyu Kadikoy**
**Instanbul, Turkey 34744**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Promissory Note__

Is the claim subject to offset? ☒ No ☐ Yes

$15,601.64

---

3.46 | **Nonpriority creditor's name and mailing address**
**Ouiby, Inc.**
**PO Box 21584**
**Boulder, CO 80308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __PicoCell 2000__
__134 units__

Is the claim subject to offset? ☒ No ☐ Yes

$6,000.00

---

3.47 | **Nonpriority creditor's name and mailing address**
**Pentair Flow Technologies**
**293 S Wright Street**
**Delavan, WI 53115**

Date(s) debt was incurred  __2/29/20__

Last 4 digits of account number  __1612__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ☒ No ☐ Yes

$145,800.00

---

| Debtor | SunTech Drive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$154,008.57** |
|---|---|---|---|
| | **Philip Hawkins** | ■ Contingent | |
| | **524 Humphrey Drive** | ■ Unliquidated | |
| | **Evergreen, CO 80439** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Promissory Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **Philip Hawkins** | ■ Contingent | |
| | **524 Humphrey Drive** | ■ Unliquidated | |
| | **Evergreen, CO 80439** | ☐ Disputed | |
| | Date(s) debt was incurred __2020__ | **Basis for the claim:** __Promissory Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,500.00** |
|---|---|---|---|
| | **Plante Moran, PLLC** | ☐ Contingent | |
| | **1155 Canyon Blvd, Suite 400** | ☐ Unliquidated | |
| | **Boulder, CO 80302** | ☐ Disputed | |
| | Date(s) debt was incurred __2/20 - 3/20__ | **Basis for the claim:** __Accounting Services__ | |
| | Last 4 digits of account number __5977,1197__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$639,829.10** |
|---|---|---|---|
| | **Premier Manufacturing** | ☐ Contingent | |
| | **7755 Miller Drive** | ☐ Unliquidated | |
| | **Longmont, CO 80504** | ☐ Disputed | |
| | Date(s) debt was incurred __2019-2020__ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __Various__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,261.90** |
|---|---|---|---|
| | **Salesforce** | ☐ Contingent | |
| | **8310 South Valley Highway, Suite 300** | ☐ Unliquidated | |
| | **Englewood, CO 80112** | ☐ Disputed | |
| | Date(s) debt was incurred __3/5/20__ | **Basis for the claim:** __Business Debt__ | |
| | Last 4 digits of account number __6535__ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82,691.17** |
|---|---|---|---|
| | **Scott Herrin** | ■ Contingent | |
| | **1655 Walnut St #303** | ■ Unliquidated | |
| | **Boulder, CO 80302** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Promissory Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,461.64** |
|---|---|---|---|
| | **Scott Herrin** | ■ Contingent | |
| | **1655 Walnut St #303** | ■ Unliquidated | |
| | **Boulder, CO 80302** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Promissory Note__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | SunTech Drive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Scott Herrin** | ■ Contingent | |
| | **1655 Walnut St #303** | ■ Unliquidated | |
| | **Boulder, CO 80302** | ☐ Disputed | |
| | **Date(s) debt was incurred** __2020__ | | |
| | | **Basis for the claim:** __Promissory Note__ | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35,326.59** |
|---|---|---|---|
| | **Scott Livingstone** | ■ Contingent | |
| | **Highline Innovation Investments, LLC** | ■ Unliquidated | |
| | **1942 Broadway, Ste 404** | ☐ Disputed | |
| | **Boulder, CO 80302** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Promissory Note__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,598.36** |
|---|---|---|---|
| | **Scott Livingstone** | ■ Contingent | |
| | **Highline Innovation Investments, LLC** | ■ Unliquidated | |
| | **1942 Broadway, Ste 404** | ☐ Disputed | |
| | **Boulder, CO 80302** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Promissory Note__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,436.00** |
|---|---|---|---|
| | **Solar Power & Pump Company, LLC** | ☐ Contingent | |
| | **301 W 12th Street** | ☐ Unliquidated | |
| | **Elk City, OK 73644** | ☐ Disputed | |
| | **Date(s) debt was incurred** __3/16/20__ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** __9646__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,700.00** |
|---|---|---|---|
| | **True Space, LLC** | ☐ Contingent | |
| | **4600 S Ulster St #1450** | ☐ Unliquidated | |
| | **Denver, CO 80237** | ☐ Disputed | |
| | **Date(s) debt was incurred** __3/3/20__ | **Basis for the claim:** __Business Debt__ | |
| | **Last 4 digits of account number** __1153__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,395.00** |
|---|---|---|---|
| | **UL LLC** | ☐ Contingent | |
| | **1790 30th St., Suite 100** | ☐ Unliquidated | |
| | **Boulder, CO 80301** | ☐ Disputed | |
| | **Date(s) debt was incurred** __2/20__ | **Basis for the claim:** __Business Debt__ | |
| | **Last 4 digits of account number** __1399,8092__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,450,259.12** |
|---|---|---|---|
| | **UPC Capital Ventures** | ■ Contingent | |
| | **2955 Valmont Rd., Suite 220** | ■ Unliquidated | |
| | **Boulder, CO 80301** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Promissory Note__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | SunTech Drive, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**UPC Capital Ventures**
**2955 Valmont Rd., Suite 220**
**Boulder, CO 80301**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**UPC Management LLC**
**501 Brickell Key Drive**
**Miami, FL 33131**

Date(s) debt was incurred  **2019-2020**

Last 4 digits of account number  **Various**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,800.00 |
|---|---|---|---|

**Vectra Bank**
**1700 Pearl Street**
**Boulder, CO 80302**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Small Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.80 |
|---|---|---|---|

**Windy Nation**
**1404 Fleet Ave**
**Ventura, CA 93003**

Date(s) debt was incurred  **3/13/20**

Last 4 digits of account number  **9850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.92 |
|---|---|---|---|

**X West**
**12136 W Bayaud Ave #125**
**Lakewood, CO 80228**

Date(s) debt was incurred  **3/20 - 4/20**

Last 4 digits of account number  **5504,5557,5558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,500.00 |
|---|---|---|---|

**Yusuf Gurkaynak**
**7708 W 59th Ave #202**
**Arvada, CO 80002**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Debtor   **SunTech Drive, LLC**
_____
Name

Case number (if known) _____

| | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Internal Revenue Service** **Insolvency Unit** **1999 Broadway** **MS 5012 DEN** **Denver, CO 80202-3025** | Line **2.3** ☐ Not listed. Explain ____ | _ |
| 4.2 **Office of the Attorney General** **US Department of Justice** **950 Pennsylvania Avenue, NW** **Suite 4400** **Washington, DC 20530-0001** | Line **2.3** ☐ Not listed. Explain ____ | _ |
| 4.3 **Office of the Attorney General** **State of Colorado** **1300 Broadway** **Denver, CO 80203** | Line **2.2** ☐ Not listed. Explain ____ | _ |
| 4.4 **Office of the US Attorney** **District of Colorado** **1801 California Street, Suite 1600** **Denver, CO 80202-2628** | Line **2.2** ☐ Not listed. Explain ____ | _ |
| 4.5 **Small Business Administration** **Colorado District Office** **721 19th Street, Suite 426** **Denver, CO 80202** | Line **3.64** ☐ Not listed. Explain ____ | _ |
| 4.6 **State of Colorado** **Division of Securities** **1560 Broadway, Suite 900** **Denver, CO 80202-5150** | Line **2.2** ☐ Not listed. Explain ____ | _ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 383.91 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,825,462.74 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 5,825,846.65 |

**Fill in this information to identify the case:**

Debtor name **SunTech Drive, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **SunTech Drive, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Yusuf Gurkaynak** | **7708 W 59th Ave #202** <br> **Arvada, CO 80002** | **Chase** | ☐ D _____ <br> ☑ E/F __3.9__ <br> ☐ G _____ |
| 2.2 | **Yusuf Gurkaynak** | **7708 W 59th Ave #202** <br> **Arvada, CO 80002** | **Chase** | ☐ D _____ <br> ☑ E/F __3.10__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **SunTech Drive, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/19**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$73,197.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ■ Operating a business ☐ Other _____ | **$3,010,636.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business ☐ Other _____ | **$460,878.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | **R&D Tax Credit** | **$6,600.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | **Interest Income and Grants** | **$27,261.00** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | **Interest Income** | **$8,264.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **SunTech Drive, LLC**                                              Case number *(if known)*

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Fairfield and Woods, P.C.**<br>**1801 California St #2600**<br>**Denver, CO 80202** | **3/12/2020** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.2. | **Genpro Energy Solutions, LLC**<br>**13261 Timberline Plaza**<br>**Piedmont, SD 57769** | **2/4/20**<br>**$993.45**<br>**2/11/20**<br>**$2,159.73**<br>**3/2/20**<br>**$5,100.00**<br>**3/16/20**<br>**$1,000.00** | **$9,253.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Kickfurther**<br>**2995 55th St**<br>**Boulder, CO 80308** | **2/27/2020** | **$45,224.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor __SunTech Drive, LLC_____     Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Harold K. Michael**<br>**1290 S. Milwaukee Street**<br>**Denver, CO 80210**<br>**Manager/CEO** | **5/3/19**<br>**$12,625.77**<br>**5/16/19**<br>**$4,111.18**<br>**6/4/19**<br>**$5,146.68**<br>**6/18/19**<br>**$5,330.25**<br>**7/3/19**<br>**$5,870.29**<br>**7/23/19**<br>**$4,538.19**<br>**8/7/19**<br>**$4,597.28**<br>**8/20/19**<br>**$4,711.93**<br>**9/23/19**<br>**$4,540.71**<br>**11/5/19**<br>**$10,944.29**<br>**11/19/19**<br>**$4,922.39**<br>**11/25/19**<br>**$4,538.89**<br>**1/24/20**<br>**$9,598.74**<br>**2/5/20**<br>**$5,057.41**<br>**2/24/20**<br>**$4,500**<br>**3/18/20**<br>**$11,500**<br>**4/20/20**<br>**$743.00** | **$103,277.00** | **Salary** |
| 4.2. **John LoPorto**<br>**900 S. Wiley Ct.**<br>**Superior, CO 80027**<br>**Owner/Former CEO** | **2/14/20** | **$14,532.75** | **Employment Severance Agreement** |

Debtor  **SunTech Drive, LLC** _____  Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Nikola Milivojevic 4145 Apache Rd. Boulder, CO 80303 Owner** | **5/10/19, 5/28/19, 6/11/19, 6/25/19, 7/10/19, 7/26/19, 8/12/19, 8/27/19, 9/11/19, 9/25/19, 10/8/19, 10/28/19, 11/11/19, 11/22/19, 3/10/20, 3/26/20 $5,382.50 each payment**<br><br>**12/10/19, 1/28/20, 2/25/20 $4,844.25 each payment**<br><br>**4/1/20 $496.85** | **$101,149.60** | **Salary** |
| 4.4.  **Nikola Milivojevic 4145 Apache Rd. Boulder, CO 80303 Owner** | **5/16/19 $3,870.70 6/4/19 $10,214.30 7/10/19 $1,689.89 8/13/19 4986.90 11/5/19 $8,846.83 2/5/20 $507.01 3/11/20 $763.20** | **$26,878.83** | **Expense Reimbursement** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor __SunTech Drive, LLC__     Case number *(if known)* _____

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5. | **Yusuf Gurkaynak**<br>**7708 W 59th Ave #202**<br>**Arvada, CO 80002**<br>**Owner** | **5/10/19,**<br>**5/28/19,**<br>**6/11/19,**<br>**6/25/19,**<br>**7/10/19,**<br>**7/26/19,**<br>**8/12/19,**<br>**8/27/19,**<br>**9/11/19,**<br>**9/25/19,**<br>**10/8/19,**<br>**10/28/19,**<br>**11/11/19,**<br>**11/22/19,**<br>**3/10/20,**<br>**3/26/20**<br>**$4,485.42**<br>**each**<br>**payment**<br><br>**12/10/19,**<br>**12/26/19,**<br>**1/10/20,**<br>**1/28/20,**<br>**2/11/20,**<br>**2/25/20**<br>**$4,036.88**<br>**each**<br>**payment**<br><br>**4/1/20**<br>**$414.04** | **$96,402.04** | **Salary** |
| 4.6. | **John LoPorto**<br>**900 S. Wiley Ct.**<br>**Superior, CO 80027**<br>**Former CEO** | **5/10/19**<br>**$1,932.22**<br><br>**5/28/19,**<br>**6/11/19,**<br>**6/25/19,**<br>**7/10/19,**<br>**7/26/19,**<br>**8/12/19,**<br>**8/27/19,**<br>**9/11/19,**<br>**9/25/19**<br>**$937.50 each**<br>**payment** | **$10,369.72** | **Salary** |
| 4.7. | **John LoPorto**<br>**900 S. Wiley Ct.**<br>**Superior, CO 80027**<br>**Former CEO** | **6/24/19,**<br>**7/31/19,**<br>**8/13/19,**<br>**9/17/19**<br>**$1,014.62**<br>**each**<br>**payment**<br><br>**10/17/19,**<br>**11/5/19**<br>**$1,289.35**<br>**each**<br>**payment** | **$6,637.18** | **COBRA Reimbursememt** |

Debtor    **SunTech Drive, LLC**                                        Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8.   **UPC Management LLC**<br>**501 Brickell Key Drive**<br>**Miami, FL 33131** | **5/3/19,**<br>**5/15/19,**<br>**11/5/19**<br>**$2,500 each**<br>**payment**<br><br>**5/28/19**<br>**$20,509.59**<br><br>**7/15/19**<br>**$5,000** | **$33,009.59** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☑ None

   | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☑ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

Debtor   **SunTech Drive, LLC**                                          Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen, P.C. 1660 Lincoln Street Suite 1850 Denver, CO 80264** | | **5/20** | **$20,000.00** |
| | **Email or website address kutnerlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **J. O'Rourke Family, LLC PO Box 854 Niwot, CO 80544** | **Office Furnishings and Lease Termination** | **4/19/20** | **$23,146.00** |
| | **Relationship to debtor** | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **SunTech Drive, LLC**                                          Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **5485 Conestoga Ct., #240 Boulder, CO 80301** | **11/1/16 - 6/30/19** |

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **JP Morgan Chase Bank P.O. Box 182051 Columbus, OH 43218-2051** | **XXXX-0687** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/6/19** | **$4,410.12** |
| 18.2. | **JP Morgan Chase Bank P.O. Box 182051 Columbus, OH 43218-2051** | **XXXX-0299** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/6/19** | **$25.00** |

19. **Safe deposit boxes**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor   SunTech Drive, LLC                                    Case number *(if known)*

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **SunTech Drive, LLC**                              Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None

| Name and address |
|---|
| 26d.1.  **Premier Manufacturing**<br>**7755 Miller Drive**<br>**Longmont, CO 80504** |
| 26d.2.  **Vectra Bank Colorado**<br>**P.O. Box 22479**<br>**Englewood, CO 80111** |
| 26d.3.  **Plante Moran**<br>**1155 Canyon Blvd, Suite 400**<br>**Boulder, CO 80302** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **SunTech Drive, LLC**                                          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Nikola Milivojevic | 4145 Apache Rd. Boulder, CO 80303 | CTO | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Harold K. Michael | 1290 S. Milwaukee Street Denver, CO 80210 | CEO | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| John Wallington | 2955 Valmont Rd., Suite 220 Boulder, CO 80301 | Board Member | 12-26 - 4/20 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Harold K. Michael 1290 S. Milwaukee Street Denver, CO 80210 | $103,277.00 | 5/19 - 4/20 | Salary |
| | **Relationship to debtor** Manager/CEO | | | |
| 30.2. | Nikola Milivojevic 4145 Apache Rd. Boulder, CO 80303 | $101,149 | 5/19 - 4/20 | Salary |
| | **Relationship to debtor** Co-owner | | | |
| 30.3. | John LoPorto 900 S. Wiley Ct. Superior, CO 80027 | $14,532.75 | 2/14/20 | Employment Severance Agreement |
| | **Relationship to debtor** Former Owner | | | |

Debtor   __SunTech Drive, LLC_____   Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Nikola Milivojevic**<br>**4145 Apache Rd.**<br>**Boulder, CO 80303** | **$26,878.83** | **5/19-3/20** | **Expense Reimbursement** |
| | Relationship to debtor<br>**Co-Owner** | | | |
| 30.5. | **Yusuf Gurkaynak**<br>**7708 W 59th Ave #202**<br>**Arvada, CO 80002** | **$96,402.04** | **5/19-4/20** | **Salary** |
| | Relationship to debtor<br>**Co-Owner** | | | |
| 30.6. | **John LoPorto**<br>**900 S. Wiley Ct.**<br>**Superior, CO 80027** | **$10,369.72** | **5/19-9/19** | **Salary** |
| | Relationship to debtor<br>**Former Owner** | | | |
| 30.7. | **John LoPorto**<br>**900 S. Wiley Ct.**<br>**Superior, CO 80027** | **$6,637.18** | **6/19-11/19** | **COBRA Reimbursement** |
| | Relationship to debtor<br>**Former Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **SunTech Drive, LLC**                                    Case number *(if known)*

---

<span style="background:black;color:white">**Part 14:**</span>   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 8, 2020**

**/s/ Harold K. Michael**                            **Harold K. Michael**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

---

# United States Bankruptcy Court
## District of Colorado

In re   **SunTech Drive, LLC** _____   Case No. _____
                                        Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Andrew Goldstein**<br>**2209 Holyoke Dr**<br>**Boulder, CO 80305** | **B** | | **.24%** |
| **Andrew Jones**<br>**560 Viridian Drive #103**<br>**Boulder, CO 80301** | **C** | | **.17%** |
| **Cody Burgdoff**<br>**10784 W 63rd Place**<br>**Arvada, CO 80004** | **C** | | **.36%** |
| **Corey Pratt**<br>**364 S Lincoln St**<br>**Denver, CO 80209** | **C** | | **.15%** |
| **Dragan Maksimvic**<br>**4880 Franklin Dr**<br>**Boulder, CO 80301** | **B** | | **.24%** |
| **Emma Rosse**<br>**2013 Vine Street**<br>**Denver, CO 80205** | **C** | | **.04%** |
| **Gerhard Hautmann**<br>**Haselbrunn Street 6/1**<br>**Radolfzell Germany 78315** | **A** | | **13.13%** |
| **Harold Michael**<br>**1290 S Milwaukee St**<br>**Denver, CO 80210** | **C** | | **.22%** |
| **Henrik Bernheim**<br>**7777 E. 1st Place #109**<br>**Denver, CO 80230** | **C** | | **1.13%** |
| **Jeff Lintz**<br>**1463 Kennedy Ave**<br>**Louisville, CO 80027** | **C** | | **2.94%** |
| **John LoPorto**<br>**900 S. Wiley Ct.**<br>**Superior, CO 80027** | **A** | | **28.3%** |
| **Keegan Landreth**<br>**1100 E. 17th Ave #I303**<br>**Longmont, CO 80503** | **C** | | **.17%** |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **SunTech Drive, LLC**                                       Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kristen Berkheiser**<br>**10075 Crooked Creek Dr**<br>**Venice, FL 34293** | **C** | | **.12%** |
| **Nikola Milivojevic**<br>**4145 Apache Rd.**<br>**Boulder, CO 80303** | **A** | | **28%** |
| **Scott Shambo**<br>**227 Hoover Ave**<br>**Louisville, CO 80027** | **C** | | **2.53%** |
| **Ted Cooper**<br>**10024 Quivas St**<br>**Denver, CO 80260** | **C** | | **.30%** |
| **Tony McDonald**<br>**1773 E. 164th Place**<br>**Brighton, CO 80602** | **C** | | **.53%** |
| **Yusuf Gurkaynak**<br>**7708 W 59th Ave #202**<br>**Arvada, CO 80002** | **A** | | **21.42%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **June  8, 2020**                          Signature  **/s/ Harold K. Michael**
                                                            **Harold K. Michael**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Colorado

In re    **SunTech Drive, LLC**                                      Case No. _____

                                        Debtor(s)                  Chapter     **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 8, 2020**                              **/s/ Harold K. Michael** _____

                                                  **Harold K. Michael**/CEO
                                                  Signer/Title